IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SYLVIA RODRIGUEZ-POBLANO, §<br>    Petitioner, §<br> §<br>VS. §<br> §<br>JOE KEFFER, Warden, §<br>FMC-Carswell, §<br>    Respondent. § | CIVIL ACTION NO.4:11-CV-037-Y<br>(Consolidated with 4:11-CV-084-Y) |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the consolidated petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Sylvia Rodriguez-Poblano, along with the June 29, 2010, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until July 20 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed for lack of jurisdiction.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Sylvia Rodriguez-Poblano's consolidated petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED August 9, 2011.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE